NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COEUR D'ALENE TRIBE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5055

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-940, Judge Edward J. Damich.

---

**ON MOTION**

---

**ORDER**

Coeur d'Alene Tribe moves for a 60-day extension of time, until April 24, 2012, for the parties to file their docketing statements, and until May 24, 2012, for Coeur d'Alene Tribe to file its principal brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 0 2 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark H. Sosnowsky, Esq.
     Stephen R. Terrell, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

. JAN HORBALY
CLERK